UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | |
| BRACEY KHAN, | } | Case No. 25-80182-CRJ-13 |
| Debtor(s). | } | |
| | } | Chapter 13 |
| | } | |
| | } | |
| | | |
| BRACEY KHAN, | } | |
| | } | |
| | } | |
| Plaintiff(s), | } | AP No. 25-80044-CRJ |
| v. | } | |
| | } | |
| | } | |
| MASON COMPANIES, INC. | } | |
| D/B/A STONEBERRY, | } | |
| | } | |
| | } | |
| | } | |
| Defendant(s). | } | |

## ORDER DISMISSING ADVERSARY PROCEEDING
## UNLESS FURTHER ACTION IS TAKEN

On April 10, 2025, the Court entered an Order Vacating Deadlines, ECF No. 5 ("Order"), directing the parties to file settlement documents within sixty days from the date of the Order. To date, no further action has taken place in this Adversary Proceeding.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this Adversary Proceeding is hereby **DISMISSED** effective **June 26, 2025** unless further action is taken prior to **4:00 p.m.** on **June 25, 2025**. If no further action is taken, the Clerk's Office is directed to close this Adversary Proceeding.

Dated this the 18th day of June, 2025.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge